No. 09–11066.  DYDZAK v. STATE BAR OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 09–11068.  WINSTON v. KELLY, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 09–11070.  GILLARD v. MICHALAKOS ET AL.  C. A. 7th Cir. Certiorari denied.

No. 09–11072.  WALKER v. UNIVERSITY OF ROCHESTER, STRONG MEMORIAL HOSPITAL.  C. A. 2d Cir.  Certiorari denied.

No. 09–11074.  LARUE v. DENSO MANUFACTURING ARKANSAS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 09–11075.  COLINA ALIVIO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 09–11076.  BANKS v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 09–11080.  WASHINGTON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 09–11081.  BLAKENEY v. MISSISSIPPI.  Ct. App. Miss. Certiorari denied.

No. 09–11082.  TOLEN v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 09–11085.  WILSON v. OKLAHOMA ET AL.  C. A. 10th Cir. Certiorari denied.

No. 09–11089.  WILLIAMS v. CROUCH ET AL.  C. A. 8th Cir. Certiorari denied.

No. 09–11092.  AVANT v. LOS ANGELES CENTRAL COMMUNITY POLICE STATION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 09–11093.  BROWN v. ADAMS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 09–11094.  GILL v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.